**PetersonDelleCave LLP**
Attorneys at Law

Woolworth Building
233 Broadway, Suite 1800
New York, NY 10279
(212) 240-9075

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Via ECF

Re:   Felix Rodriguez v. NYC et al
      16-CV-9604 (NRB)

*ENDORSEMENT*

*The Court reserves decision on the sealing issues as they may be mooted by the forthcoming trial. So Ordered.*

*Naomi Reice Buchwald*
*USDJ*

October 31, 2019        11/12/19

Your Honor:

I am the attorney for Plaintiff Felix Rodriguez in the above-referenced action and I write on behalf of both parties to request permission for Plaintiff to file his Opposition to Defendant's *Motion In Limine* under seal.

The reason for this request is that Plaintiff's Opposition contains details and documents that are subject to the Stipulation and Order of Confidentiality entered into between the parties and So Ordered by Your Honor on July 2, 2018.

Respectfully submitted,

/s/

Malcolm Anderson

cc:   Joseph Zangrilli  (by ECF)
      Assistant Corporation Counsel