

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
Phone: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov

January 14, 2020

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    Felix Rodriguez v. New York City, et al.,
               1:16-CV-9604 (NRB)

Your Honor:

      I am a Senior Counsel assigned to the defense of the above-referenced matter. In that capacity I write on behalf of both parties to respectfully request January 27, 2020 as the date on which the parties will file their respective Findings of Fact and Conclusions of Law.

      By way of background, the parties originally agreed to submit their respective post-trial Findings of Fact and Conclusions of Law by January 13, 2020 but as Mr. Anderson indicated in his January 10, 2020 letter motion, I have been out sick and so both sides agreed to request January 20, 2020 as the filing date. Unfortunately, as of today, I am still unable to return to work due to my illness. As a result, I am now requesting permission for the parties to submit their respective Findings of Fact and Conclusions of Law by January 27, 2020. Plaintiff's counsel, Malcolm Anderson, Esq. consents to this request. Accordingly, the parties now respectfully request permission from the Court to file their post-trial submissions by January 27, 2020.

*Application granted.*

*Naomi Reice Buchwald*
*USDJ*
*1/15/20*

Thank you for your consideration herein.

Respectfully submitted,

/s/

Joseph Zangrilli
*Senior Counsel*

CC:   All attorneys of record (*Via ECF*)