**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FELIX RODRIGUEZ,

                     Plaintiff,                     16 **CIVIL** 9604 (NRB)

            -against-                                   **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
HOMELESS SERVICES SERGEANT
CHRISTOPHER ROBINSON,
                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 24, 2020, judgment is entered in favor of defendant, and the case is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
          March 25, 2020

                                                                  **RUBY J. KRAJICK**
                                                         _____
                                                                    **Clerk of Court**
                                   **BY:**
                                                              _____
                                                                       **Deputy Clerk**